In the Matter of the Accounting of MINNIE SCHWAN, as Administratrix of the Estate of MINNA M. HIPP, Deceased, Respondent. HATTIE PHILLIPSON, Appellant; JOHN C. TOAZ, Special Guardian of ANNA H. JACK, et al., Respondents.— In an accounting proceeding, appeal from an order of the Surrogate's

Court, Suffolk County, directing a Referee " to further hear and report " dismissed, with $10 costs and disbursements, payable out of the estate. The order is not appealable. (Cf. *Davidson* v. *Sterngass,* 279 App. Div. 875.) Nolan, P. J, Adel, MacCrate, Schmidt and Beldock, JJ., concur. [See *post,* p. 949.]